Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

Case No.: 11−73501−SCS
Chapter: 7
Judge: Stephen C. St. John

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashby D. Lewis
   3232 Lark Street
   Virginia Beach, VA 23452

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1627

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's(s') current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B).As required by 11 U.S.C. Sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Sec. 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B) Filed by Kenneth N. Whitehurst III of Office of the U. S. Trustee on behalf of Judy A. Robbins 11 (Whitehurst, Kenneth)

Dated: 4/29/13

United States Trustee

```
                                United States Bankruptcy Court
                                 Eastern District of Virginia
In re:                                                                                   Case No. 11-73501-SCS
Ashby D. Lewis                                                                           Chapter 7
        Debtor                            CERTIFICATE OF NOTICE
District/off: 0422-8            User: mitchella                Page 1 of 3                   Date Rcvd: Apr 29, 2013
                                Form ID: ntcabuse              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2013.
db           +Ashby D. Lewis,    3232 Lark Street,    Virginia Beach, VA 23452-6625
10614819     #Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
10614820     +City of Virginia Beach,    Public Utilties Office,    2405 Courthouse Drive,
               Virginia Beach, VA 23456-9121
10614821     +Great Lake Educational Loan,    Department of Education,    PO Box 530229,    Atlanta, GA 30353-0229
10614822     +HRSD,   1440 Air Rail Avenue,    Virginia Beach, VA 23455-3002
10614823      Louisa Co Dept of EMS,    PO Box 3475,    Toledo, OH 43607-0475
10614824     +Louisa County General District,    PO Box 524,    Louisa, VA 23093-0524
10614825     +Louisa County Water Authority,    PO Box 9,    Louisa, VA 23093-0009
10616929      Office of the US Attorney,    Bankruptcy Section,    8000 World Trade Center,    101 Main Street,
               Norfolk, VA 23510
10614828      OneMain Financial,    PO Box 70915,    Charlotte, NC 28272-0915
10715126     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
10614829      Rappahannock Electric Cooperative,    PO Box 7388,    Fredericksburg, VA 22404-7388
10614831     +Valley Finance Service,    Division of Pioneer Bank,    890 W Market Street,
               Harrisonburg, VA 22801-2106
10614832      Value City Furniture,    c/o World Financial Network,    PO Box 182273,    Columbus, OH 43218-2273
10614833     +Verizon,   ATTN: Bankruptcy Dept.,    PO Box 3037,    Bloomington, IL 61702-3037
10630672     +Wells Fargo Bank NA,    4137 121st Street,    Urbandale IA 50323-2310
10614835     +Wells Fargo Financial,    PO Box 5943,    Sioux Falls, SD 57117-5943
10655739     +Wells Fargo Financial System Virginia, Inc,    PO Box 10317,    Des Moines, IA 50306-0317
10614836     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10732176      E-mail/Text: resurgentbknotifications@resurgent.com Apr 30 2013 05:33:19      CR Evergreen II, LLC,
               MS 550,   PO Box 91121,    Seattle, WA 98111-9221
10904839     +E-mail/Text: resurgentbknotifications@resurgent.com Apr 30 2013 05:33:20
               East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               Greenville, SC 29602-0288
10614826     +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2013 06:33:16      Lowes/ GE Money Bank,
               Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
10614827     +E-mail/Text: betty@jlwalston.com Apr 30 2013 06:48:52      Martha Jefferson Hospital,
               c/o J.L. Walston & Associates,    326 S. Main Street,    Emporia, VA 23847-2028
10614830      E-mail/PDF: cbp@slfs.com Apr 30 2013 06:30:43      Springleaf Financial Services,
               Louisa Marketplace,    501 East Main, Suite 112,    Louisa, VA 2309341
10614834     +E-mail/Text: bankruptcynotification@vacu.org Apr 30 2013 06:52:22      Virginia Credit Union,
               PO Box 90010,    Richmond, VA 23225-9010
10689297      E-mail/Text: bnc-quantum@quantum3group.com Apr 30 2013 06:46:37
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Financial System, Virginia, Inc.
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
               GREENVILLE, SC 29602-0288
                                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0422-8          User: mitchella              Page 2 of 3              Date Rcvd: Apr 29, 2013
                              Form ID: ntcabuse            Total Noticed: 26

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0422-8          User: mitchella            Page 3 of 3              Date Rcvd: Apr 29, 2013
                              Form ID: ntcabuse          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
          John C. McLemore     ch7trustee@verizon.net;,   VA36@ecfcbis.com;regina_ch7@verizon.net
          John W. Tripp    on behalf of Debtor Ashby D. Lewis jtripplaw@aol.com,
           jtripplaw@aol.com;beachbankruptcy@aol.com;sas74a@aol.com;tdouglass@johnleeatty.net
          Judy A. Robbins, 11    USTPRegion04.NO.ECF@usdoj.gov
          Kenneth N. Whitehurst, III    on behalf of U.S. Trustee Judy A. Robbins, 11
           kenneth.n.whitehurst@usdoj.gov,   jay.w.legum@usdoj.gov
          Matthew D. Huebschman    on behalf of Creditor    Wells Fargo Financial System, Virginia, Inc.
           mhuebsch@shenlegal.com,   bwheeler@shenlegal.com
                                                                                             TOTAL: 5
```